

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2022

No. 04-22-00180-CV

Amanda **JAFFE**,
Appellant

v.

**REPSOL OIL & GAS USA, LLC**, Equinor Texas Onshore Properties, LLC, Equinor Pipelines,
LLC, Equinor USA Onshore Properties, Inc., and Equinor US Operations, LLC,
Appellees

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-18-0015-CV-A
Honorable Patrick L. Flanigan, Judge Presiding

# O R D E R

The Appellee's second unopposed motion for extension of time to file brief is hereby
GRANTED. The appellee's brief is due on or before September 16, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 11th day of August, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court